UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT PURBECK,

          Plaintiff,

    v.

MERRICK GARLAND,

          Defendant.

Case No.  22-mc-80091-VC
*SEALED*

**ORDER DISMISSING CASE FOR
LACK OF SUBJECT MATTER
JURISDICTION**

       The complaint is dismissed for lack of subject matter jurisdiction because the claim is "'so attenuated and unsubstantial as to be absolutely devoid of merit' or 'frivolous.'" *Baker v. Carr*, 369 U.S. 186, 199 (1962) (first quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904); and then quoting *Bell v. Hood*, 327 U.S. 678, 683 (1946)). Any issues relating to the suppression, compulsion, or return of information stemming from a warrant issued in a criminal investigation outside this jurisdiction cannot be litigated here.

       The motion to seal is denied. The case is ordered to be unsealed. But in an abundance of caution, the Court has redacted several images from the emergency motion Purbeck claims are privileged. The redacted document is attached to this order.

       **IT IS SO ORDERED.**

Dated: April 19, 2022

_____
VINCE CHHABRIA
United States District Judge